UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
O'HIGGINS, KEITH BRYANT             §    Case No. 14-14044
O'HIGGINS, INGRID EDITH             §
                                    §
                                    §
         Debtor(s)                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg, Trustee_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1 - KEITH & INGRID O'HIGGINS
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit A

| Case No.: | 14-14044 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | O'HIGGINS, KEITH BRYANT | Date Filed (f) or Converted (c): | 04/15/14 (f) |
| | O'HIGGINS, INGRID EDITH | 341(a) Meeting Date: | 05/05/14 |
| For Period Ending: | 03/09/15 | Claims Bar Date: | 12/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence at 5N790 Prairie Valley Dr | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. Time Share - Hilton Grand Vacation Club (Las Vegas | 20,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash  US Currency | 100.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts  Checking acct ending in 698 at BMO Harris | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts  American Bank & Trust savings acct ending in 470 | 2,300.00 | 0.00 | | 0.00 | FA |
| 6. Financial Accounts  HSA acct ending in 284 at American Bank & Trust | 1,410.00 | 0.00 | | 0.00 | FA |
| 7. Financial Accounts  Two Certificates of Deposit pledged to Cornerstone Bank | 23,000.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods  ordinary used furniture, furnishings and housewares | 2,550.00 | 0.00 | | 0.00 | FA |
| 9. Books / Collectibles  lladros (8), misc. dvd's, waterford wine glasses | 800.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |

LFORM1　UST Form 101-7-TFR (5/1/2011) *(Page: 3)*　Ver: 18.04

FORM 1 - KEITH & INGRID O'HIGGINS

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 14-14044 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | O'HIGGINS, KEITH BRYANT | | | Date Filed (f) or Converted (c): | 04/15/14 (f) |
| | O'HIGGINS, INGRID EDITH | | | 341(a) Meeting Date: | 05/05/14 |
| | | | | Claims Bar Date: | 12/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Clothing for two | | | | | |
| 11. Furs and Jewelry<br>costume jewelry, wedding rings, watches | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. Firearms and Hobby Equipment<br>camera | 100.00 | 0.00 | | 0.00 | FA |
| 13. Insurance Policies<br>$350,000 term policy with AAA Life insurance. Beneficiary is spouse. | 0.00 | 0.00 | | 0.00 | FA |
| 14. Insurance Policies<br>Northwestern Mutual insurance policy on Brendon O'Higgins (son) - death benefit of $100,000, beneficiaries is Ingrid O'Higgins. Cash value is $5,000 subject to $2,000 policy loan | 3,000.00 | 0.00 | | 0.00 | FA |
| 15. Pension / Profit Sharing<br>IRA w/ Aviva (single premium deferred annuity) | 49,073.00 | 0.00 | | 0.00 | FA |
| 16. Pension / Profit Sharing<br>IRA with North American Company | 56,238.00 | 0.00 | | 0.00 | FA |
| 17. Pension / Profit Sharing<br>401K with ING | 92,412.00 | 0.00 | | 0.00 | FA |
| 18. Stock | Unknown | 0.00 | | 0.00 | FA |

FORM 1 - KEITH & INGRID O'HIGGINS
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

| Case No: | 14-14044   DRC   Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee | |
|---|---|---|---|---|---|
| Case Name: | O'HIGGINS, KEITH BRYANT | | Date Filed (f) or Converted (c): | 04/15/14 (f) | |
| | O'HIGGINS, INGRID EDITH | | 341(a) Meeting Date: | 05/05/14 | |
| | | | Claims Bar Date: | 12/29/14 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 63.85 % membership in O'Higgins & Arnold Sustainability LLC, fka O'Higgins, Arnold & Smith, LLC. | | | | | |
| 19. Stock  51% interest in Metro Design Associates, Inc. (previously filed Chapter 11, which case was dismissed, and is defunct). The Chapter 11 case no. for Metro Design was 13-42412. | 0.00 | 0.00 | | 0.00 | FA |
| 20. Liquidated Claims  2013 Tax refund | 8,000.00 | 8,000.00 | | 14,309.00 | FA |
| 21. Vehicles  1978 Mercedes Benz w/ 92,000 miles | 7,000.00 | 1,560.00 | | 0.00 | FA |
| 22. Vehicles  2014 Nissan Rogue | 28,000.00 | 0.00 | | 0.00 | FA |
| 23. Vehicles  2012 Hyundai Sonata (leased). The value of the vehicle itself per Kelley Blue Book is $16,500.00 | 0.00 | 0.00 | | 0.00 | FA |
| 24. Animals  three dogs and a snake | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)           $696,983.00        $9,560.00              $14,309.00     $0.00

FORM 1 - KEITH & INGRID O'HIGGINS
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4
Exhibit A

Case No:      14-14044      DRC      Judge: DONALD R. CASSLING            Trustee Name:           Elizabeth C. Berg, Trustee
Case Name:    O'HIGGINS, KEITH BRYANT                                     Date Filed (f) or Converted (c):  04/15/14 (f)
              O'HIGGINS, INGRID EDITH                                     341(a) Meeting Date:    05/05/14
                                                                          Claims Bar Date:        12/29/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Former Trustee Voiland requested turnover of the Debtor's 1978 Mercedes Benz and liquidated the Debtors' 2013 tax refund. The liquidation of the tax refunds generated approximately $14,000 for the estate. Trustee Voiland hired an auctioneer to sell the 1978 Mercedes. Shortly thereafter, Trustee Violand resigned from the case and Elizabeth Berg was appointed as Trustee. At the auction, the vehicle didn't produce any offers sufficient to satisfy the Debtors' valid exemptions. Thereafter, Trustee abandoned the Mercedes back to the Debtors. Trustee has reviewed claims and is the process of preparing her final report. Once she obtains approval of her final report, she will disburse funds to creditors.

Initial Projected Date of Final Report (TFR): 06/30/15     Current Projected Date of Final Report (TFR): 06/30/15

          /s/    Elizabeth C. Berg, Trustee
_____  Date: 03/09/15
          ELIZABETH C. BERG, TRUSTEE

FORM 2 - KEITH & INGRID O'HIGGINS
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 14-14044 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | O'HIGGINS, KEITH BRYANT | | Bank Name: | Associated Bank |
| | O'HIGGINS, INGRID EDITH | | Account Number / CD #: | *******6636 Checking Acct - ECB TR |
| Taxpayer ID No: | *******7915 | | | |
| For Period Ending: | 03/09/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee<br>1625 Wing Road<br>Yorkville IL 60560 | Transfer Funds from Prior TR | 9999-000 | 14,257.20 | | 14,257.20 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.04 | 14,242.16 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.17 | 14,220.99 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 14,257.20 | 36.21 | 14,220.99 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 14,257.20 | 36.21 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 14,257.20 | 36.21 | |

Page Subtotals  14,257.20  36.21

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.04

FORM 2 — KEITH & INGRID O'HIGGINS

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 14-14044 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | O'HIGGINS, KEITH BRYANT | Bank Name: | Associated Bank |
|  | O'HIGGINS, INGRID EDITH | Account Number / CD #: | *******2196 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7915 |  |  |
| For Period Ending: | 03/09/15 | Blanket Bond (per case limit): |  |
|  |  | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/25/14 | 20 | KEITH BRYANT O'HIGGINS<br>5N790 PRAIRIE VALLEY DRIVE<br>SAINT CHARLES, IL 60175 | 2013 Tax Refund | 1224-000 | 14,309.00 |  | 14,309.00 |
| 10/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 14,299.00 |
| 11/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 21.26 | 14,277.74 |
| 12/05/14 |  | ASSOCIATED BANK | December 2014 Bank Fee | 2600-000 |  | 20.54 | 14,257.20 |
| 12/10/14 | 003001 | Elizabeth C. Berg<br>Successor Trustee<br>20 N. Clark St. #200<br>Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 |  | 14,257.20 | 0.00 |

|  | COLUMN TOTALS | 14,309.00 | 14,309.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  | Subtotal | 14,309.00 | 14,309.00 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
|  | Net | 14,309.00 | 14,309.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Acct - ECB TR - ********6636 | 14,257.20 | 36.21 | 14,220.99 |
| Checking Account (Non-Interest Earn - ********2196 | 14,309.00 | 14,309.00 | 0.00 |
|  | 28,566.20 | 14,345.21 | 14,220.99 |

Page Subtotals    14,309.00    14,309.00

FORM 2. KEITH & INGRID O'HIGGINS

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 14-14044 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | O'HIGGINS, KEITH BRYANT | | Bank Name: | Associated Bank |
| | O'HIGGINS, INGRID EDITH | | Account Number / CD #: | *******2196 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7915 | | | |
| For Period Ending: | 03/09/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXH. C - O'HIGGINS<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 09, 2015 |
|---|---|---|---|---|---|---|

Case Number: 14-14044
Debtor Name: O'HIGGINS, KEITH BRYANT

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $2,180.90 | $0.00 | $2,180.90 |
| 001<br>3110-00 | VOILAND, JOSEPH R<br>JOSEPH R. VOILAND<br>1625 WING ROAD<br>YORKVILLE, IL 60560 | Administrative | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $2,959.33 | $0.00 | $2,959.33 |
| 000002<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $2,264.97 | $0.00 | $2,264.97 |
| 000003<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,838.97 | $0.00 | $1,838.97 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $165.58 | $0.00 | $165.58 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $2,998.79 | $0.00 | $2,998.79 |
| 000006<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $248.28 | $0.00 | $248.28 |
| 000007<br>070<br>7100-00 | HealthCare Associates Credit Union<br>1151 East Warrenville Road<br>Naperville, IL 60563 | Unsecured | | $1,479.43 | $0.00 | $1,479.43 |
| 000008<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $5,096.31 | $0.00 | $5,096.31 |
| 000009<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,881.71 | $0.00 | $1,881.71 |

Page 2

EXH. C - O'HIGGINS
ANALYSIS OF CLAIMS REGISTER

Date: March 09, 2015

Case Number: 14-14044
Debtor Name: O'HIGGINS, KEITH BRYANT

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $14,266.68 | $0.00 | $14,266.68 |
| 000011 070 7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $2,802.74 | $0.00 | $2,802.74 |
| 000012 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,561.67 | $0.00 | $1,561.67 |
| 000013 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,615.93 | $0.00 | $1,615.93 |
| 000014 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,262.50 | $0.00 | $1,262.50 |
| 000015 070 7100-00 | Lindsay & Associates<br>8 E Galena Blvd<br>Suite 208<br>Aurora, IL 60506 | Unsecured | | $15,324.00 | $0.00 | $15,324.00 |
| | Case Totals: | | | $57,947.79 | $0.00 | $57,947.79 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

                    Exhibit D

Case No.: 14-14044
Case Name: O'HIGGINS, KEITH BRYANT
           O'HIGGINS, INGRID EDITH
Trustee Name: Elizabeth C. Berg, Trustee

      Balance on hand                                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance                                      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000003 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000004 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | Capital One, N.A. | $ | $ | $ |
| 000007 | HealthCare Associates Credit Union | $ | $ | $ |
| 000008 | American Express Bank, FSB | $ | $ | $ |
| 000009 | American Express Centurion Bank | $ | $ | $ |
| 000010 | American Express Bank, FSB | $ | $ | $ |
| 000011 | PYOD, LLC its successors and assigns as | $ | $ | $ |
| 000012 | Capital Recovery V, LLC | $ | $ | $ |
| 000013 | Capital Recovery V, LLC | $ | $ | $ |
| 000014 | Capital Recovery V, LLC | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Lindsay & Associates | $ | $ | $ |

      Total to be paid to timely general unsecured creditors       $_____

      Remaining Balance       $_____

      Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*