UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 14-14044 |
| Keith & Ingrid O'Higgins, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: April 24, 2015 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:   Elizabeth C. Berg, Successor Trustee

Authorized to Provide
Professional Services to:   Estate

Date of Order Authorizing
Employment:   November 14, 2014

Period for Which
Compensation is sought:   November 10, 2014 to Close of Case

Amount of Fees sought:   $2,180.90

Amount of Expense
Reimbursement sought:   $ 0.00

This is an:   Interim Application __   Final Application __X__

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $0.00  .

Dated:  March 19, 2015          Elizabeth C. Berg, Succesor Trustee of the
                                Estate of Keith & Ingrid O'Higgins, Debtors


                                By:  /s/ Elizabeth C. Berg, Successor Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-14044 |
| Keith & Ingrid O'Higgins | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: April 24, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as successor trustee ("Trustee") of the estate ("Estate") of Keith & Ingrid O'Higgins, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $2,180.90 as final compensation for her services rendered as successor trustee in this case from November 10, 2014 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1.  This case was commenced on April 14, 2014 by the filing of a voluntary petition for relief under chapter 7 of the Code.

2.  Joseph Voiland was appointed as the chapter 7 trustee and served in said capacity until his resignation on November 14, 2014. Elizabeth C. Berg is the duly appointed, qualified and acting successor chapter 7 trustee in this case.

3.  As of the commencement of this case, the estate held an interest in the Debtors' 2014 Tax Refund and a 1978 Mercedes Benz.

4.  The bar date for filing claims in this case was December 29, 2014.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

**Services Rendered by Trustee**

7. Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

    A. Meeting with prior trustee to determine background and status of this case and to obtain the prior trustee's case files. Trustee also reviewed the reports of administration and records from the prior trustee to verify status of the administration of this case;

    B. Trustee coordinated with an auctioneer to sell the Debtors' 1978 Mercedes Benz. After the vehicle didn't produce any offers sufficient to satisfy the Debtors' valid exemptions, the Trustee abandoned the vehicle back to the Debtors;

    C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

    E. Trustee examined, analyzed and verified proofs of claim filed against the Estate;

2

F.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.    Trustee has collected the sum of $14,309.00 on behalf of the Estate. Trustee has made $ 88.01 in disbursements in this case as of the date hereof.

9.    Copies of the Successor Trustee's *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Successor's Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10.    During the period covered by this Application, Trustee has spent 18.80 hours rendering services on behalf of this Estate with a value of $4,181.50. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11.    The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $2,180.90 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $9,309.00 | $ 930.90 |
| Total allowable compensation | $ 2,180.90 |

12.    Section 326(c) of the Code provides a limitation in the compensation awarded to trustees in cases when more than one person serves as trustee in the case such that the maximum compensation awarded to the trustees shall "not exceed the

3

maximum compensation prescribed for a single trustee by subsection (a)... of this section."

13. Ms. Berg has conferred with Mr. Voiland regarding allowance and payment to him on account of professional services rendered both as attorney and the prior chapter 7 trustee in this case. Mr. Voiland has specifically declined to seek allowance of an administrative claim for either attorney's fees or trustee commission and has advised Ms. Berg that he wishes the entire trustee commission to be awarded to his successor trustee. Mr. Voiland's resignation letter filed with the Court on November 7, 2014 [See Dkt. No. 34] contains an express waiver of any claims for compensation in this case.

14. Section 330 (7) provides that the reasonable fee allowed to trustees pursuant to the statutory percentages of section 326 shall be treated as a commission. For the reasons set forth herein, the Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $2,180.90. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

15. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to general unsecured creditors.

16. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

17. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

## Status of the Case

18. The Trustee and the prior trustee has liquidated or abandoned all of the assets belonging to this Estate and the Trustee has completed her review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as successor trustee of the Estate of Keith & Ingrid O'Higgins, debtors, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $2,180.90 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from November 10, 2014 through the closing of this case ; and

B. Authorizing Trustee to pay the amounts awarded from the Estate funds held by Trustee as part of her final distribution in this case; and

C. For such other and further relief as this Court deems appropriate.

Dated: March 10, 2015　　　　　　　　Elizabeth C. Berg, as successor trustee of the
　　　　　　　　　　　　　　　　　　　estate of Keith & Ingrid O'Higgins, debtors

　　　　　　　　　　　　　　　　　　　By:　/s/ Elizabeth C. Berg, as trustee
　　　　　　　　　　　　　　　　　　　　　　Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602
(312) 726-8150

5

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:** (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

February 27, 2015
Invoice No:   02563

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *O'Higgins - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 11/10/2014 | ECB | TC's with J. Voiland and T. Springer to arrange for pickup of prior TR's files | 0.20<br>$325.00/ hr | $65.00 |
| 11/12/2014 | ECB | Meet with former trustee J. Voiland to review files and discuss case status | 0.20<br>$325.00/ hr | $65.00 |
| 11/21/2014 | ECB | Review prior trustee's file (.5), schedules (.4) and case docket regarding status (.2) | 1.10<br>$325.00/ hr | $357.50 |
| 11/21/2014 | ECB | TC with Tom Mowery @ American Auctioneers to confirm placement of Mercedes Benz auto auction tomorrow at minimum price of $6k (.2) Prep email to Mowery re same (.2) | 0.40<br>$325.00/ hr | $130.00 |
| 12/01/2014 | ECB | TC to American Auction re towing expenses (.1) Email to D. Brown re same (.1) Transmit original title to Debtor's counsel (.1) Confer with staff re prep of motion to abandon 1978 MB (.1) | 0.40<br>$325.00/ hr | $130.00 |
| 12/01/2014 | JMM | Prepare FedEx Label for shipment of Title to Debtor's Attorney (.1), Trip to FedEx to send package (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                                    2/27/2015

O'Higgins - Trustee Matters                                                                      Page      2

---

| Date | Staff | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 12/02/2014 | JMM | Review case file for information on vehicle and case history (.1), Draft Motion to Abandon - 1978 Mercedes Benz (1.7), Begin drafting Notice of Abandonment (.3) | 2.10<br>$175.00/ hr | $367.50 |
| 12/04/2014 | ECB | Review case docket (.1) Review and revise TR Motion to Abandon Mercedes Benz (.3) Proof and approve order and Rule 6007 Notice to Creditors (.1) | 0.50<br>$325.00/ hr | $162.50 |
| 12/04/2014 | JMM | Edit Motion to Abandon Estate's Interest in Debtors' Vehicle (.3), Draft 2002 Notice (.6), Edit Proposed Order (.1), Draft Certificate of Service for Motion to Settle PI Claim (.2) | 1.00<br>$175.00/ hr | $175.00 |
| 12/09/2014 | ECB | Work with JMM to request transfer of funds from prior TR to ECB as successor; Open new account on ECB database (.1) Prep spreadsheet for Associated Bank for transfer (.2) Prepare Letter of Direction to Transfer Funds to Associated Bank (.1) | 0.40<br>$325.00/ hr | $130.00 |
| 12/10/2014 | ECB | Review and reconcile prior TR's bank statements and database in connection with transfer of funds to new account for successor TR. | 0.40<br>$325.00/ hr | $130.00 |
| 12/23/2014 | JMM | Draft email to Tom Mowery re: Order Abandoning Estate's Interest in 1978 Mercedes Benz (.4) | 0.40<br>$175.00/ hr | $70.00 |
| 1/19/2015 | JMM | Process December 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/20/2015 | ECB | Review bank statement and advise JMM on corrections required for reconciliation of bank account | 0.20<br>$325.00/ hr | $65.00 |
| 1/20/2015 | JMM | Consult w/ ECB re: bank account reconciliation and issues re: TCMS bank account and transfer of previous TR funds to new ECB accounts | 0.60<br>$175.00/ hr | $105.00 |

**Baldi Berg, Ltd**                                                                 2/27/2015

O'Higgins - Trustee Matters                                                      Page    3

---

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/23/2015 | ECB | Confer with JMM re claims review and status of asset administration; determine all assets fully administered (.3) Review proof of claim filed by Lindsay & Associates and scheduling of claim by debtor (.2) TC to Debtor's attorney re nature of disputed claim(.1) | 0.60<br>$325.00/ hr | $195.00 |
| 1/23/2015 | JMM | Review, analyze, and approve claims in preparation of TFR (1.0), Consult w/ TR re: Claim #14 - business debt and charging interest issue (.3), Review Assets in TCMS and determine if any assets remain outstanding (.5), TC w/ Debtor's Counsel re: Claim by Lindsay & Associates (.2) | 2.00<br>$175.00/ hr | $350.00 |
| 1/26/2015 | RKP | Review case file for information regarding Estate tax requirements (.1); memo to Trustee re: same (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 1/28/2015 | ECB | Review administrative claims in connection with case closing (.2) Review email from D's counsel re claim of Lindsay & Associates (.1) Review schedules re co-debtor listings (.1) Review invoices to Lindsay P/C and determine amount to be allowed (.3) Memo to staff re resolution of claim amount (.1) TC and email to Terry & Jean Lindsay (.2) | 1.00<br>$325.00/ hr | $325.00 |
| 1/28/2015 | JMM | TC to Lindsay & Associates re - claim and support for finance charges | 0.20<br>$175.00/ hr | $35.00 |
| 1/29/2015 | ECB | Update TR database re quarterly review | 0.10<br>$325.00/ hr | $32.50 |
| 2/13/2015 | ECB | Open and review January '15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/13/2015 | JMM | Process January 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/18/2015 | JMM | Begin prepping TFR for submission to UST, review bills, case docket, how to split fees | 1.00<br>$175.00/ hr | $175.00 |

**Baldi Berg, Ltd**                                              2/27/2015

O'Higgins - Trustee Matters                                     Page    4

| Date | TK | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 2/19/2015 | JMM | Review case file for information needed to prepare TFR and related documents (.5), Email to Trustee re: questions regarding case, previous Trustee bill (.2), Review claims and update system with information needed to prepare TFR and NFR (.6) | 1.30<br>$175.00/ hr | $227.50 |
| 2/20/2015 | JMM | Draft Trustee Fee Application (1.2), Prepare coversheet, proposed order and affidavit (.3), Prepare TFR (1.1) and NFR (.3), Review and edit Trustee Final Report package (.6) | 3.50<br>$175.00/ hr | $612.50 |
| 2/24/2015 | ECB | Correspondence to former TR regarding allowance of administrative claims | 0.20<br>$325.00/ hr | $65.00 |
| 2/24/2015 | JMM | Update Form 3, Consult w/ Trustee regarding claims, bills, fee applications (.2) | 0.20<br>$175.00/ hr | $35.00 |

|  |  |
|---|---|
| Total Fees | $4,181.50 |
| Total New Charges | $4,181.50 |
| Previous Balance | $0.00 |
| Balance Due | $4,181.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 5.80 | $325.00 |
| Jason M Manola | 12.90 | $175.00 |
| Ricki K Podorovsky | 0.20 | $195.00 |

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Keith & Ingrid O'Higgins, | ) | Case No. 14-14044 |
| | ) | |
| Debtors. | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |

**Successor Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois   )
County of Cook   )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting successor trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg as successor trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered incurred in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on March 9th, 2015

_____
Notary Public

```
OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015
```

**Exhibit B**