# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| O'HIGGINS, KEITH BRYANT | § | Case No. 14-14044 |
| O'HIGGINS, INGRID EDITH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> United States Bankruptcy Court
> 219 S. Dearborn Street
> 7th Floor
> Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

> 10:30 a.m.
> on April 24, 2015
> in Courtroom 240 of the Kane County Courthouse
> 100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
O'HIGGINS, KEITH BRYANT § Case No. 14-14044
O'HIGGINS, INGRID EDITH §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 14,309.00 |
| and approved disbursements of | $ 88.01 |
| leaving a balance on hand of[1] | $ 14,220.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 2,180.90 | $ 0.00 | $ 2,180.90 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,180.90 |
| Remaining Balance | $ 12,040.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,766.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 2,959.33 | $ 0.00 | $ 638.92 |
| 000002 | Quantum3 Group LLC as agent for | $ 2,264.97 | $ 0.00 | $ 489.01 |
| 000003 | Quantum3 Group LLC as agent for | $ 1,838.97 | $ 0.00 | $ 397.03 |
| 000004 | Quantum3 Group LLC as agent for | $ 165.58 | $ 0.00 | $ 35.75 |
| 000005 | Capital One Bank (USA), N.A. | $ 2,998.79 | $ 0.00 | $ 647.44 |
| 000006 | Capital One, N.A. | $ 248.28 | $ 0.00 | $ 53.60 |
| 000007 | HealthCare Associates Credit Union | $ 1,479.43 | $ 0.00 | $ 319.41 |
| 000008 | American Express Bank, FSB | $ 5,096.31 | $ 0.00 | $ 1,100.30 |
| 000009 | American Express Centurion Bank | $ 1,881.71 | $ 0.00 | $ 406.26 |
| 000010 | American Express Bank, FSB | $ 14,266.68 | $ 0.00 | $ 3,080.18 |
| 000011 | PYOD, LLC its successors and assigns as | $ 2,802.74 | $ 0.00 | $ 605.11 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Capital Recovery V, LLC | $ 1,561.67 | $ 0.00 | $ 337.17 |
| 000013 | Capital Recovery V, LLC | $ 1,615.93 | $ 0.00 | $ 348.88 |
| 000014 | Capital Recovery V, LLC | $ 1,262.50 | $ 0.00 | $ 272.57 |
| 000015 | Lindsay & Associates | $ 15,324.00 | $ 0.00 | $ 3,308.46 |

Total to be paid to timely general unsecured creditors   $   12,040.09

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-14044-DRC
Keith Bryant O'Higgins                                                    Chapter 7
Ingrid Edith O'Higgins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross                Page 1 of 3              Date Rcvd: Mar 20, 2015
                              Form ID: pdf006            Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2015.
db/jdb         #+Keith Bryant O'Higgins,    Ingrid Edith O'Higgins,    5N790 Prairie Valley Drive,
                 Saint Charles, IL 60175-8607
21798915       +AeroTek, Inc.,    3689 Collections Ctr. Dr,    Chicago, IL 60693-0036
21798917        American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
22674032        American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22687694        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21798921       +Askounis & Darcy, PC,    444 North Michigan Avenue,    Suite 3270,    Chicago, IL 60611-3906
21798922       +Aspen Technical Staffing, Inc.,     10123 S Mandel Street,    Plainfield, IL 60585-7112
21798924       +Bank of America,    P.O. 851001,    Dallas, TX 75285-1001
21798929        CDW Computer Center,    PO Box 75723,    Chicago, IL 60675-5723
21798932       +CIT Technology Financing Services,     P.O. Box 1638,    Livingston, NJ 07039-7238
21798925        Cadence Health,    Central DuPage Hospital,    PO Box 4090,    Carol Stream, IL 60197-4090
21798927        Capital One,    PO Box 105474,    Atlanta, GA 30348-5474
21798926        Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
22556659        Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
22565403        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21798928       +Carpentier Mitchell & Goddard,     4915 21st Avenue A,    Moline, IL 61265-8910
21798930       +Cenlar,    PO Box 211091,    Eagan, MN 55121-2491
21798931        Chase Bank,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
21798933        Citi Cards,    Processing Center,    Des Moines, IA 50363-0005
21798935        Comenity - Carsons,    PO Box 659450,    San Antonio, TX 78265-9450
21798934       +Comenity - Carsons,    PO Box 659813,    San Antonio, TX 78265-9113
21798937        Comenity - JJill,    PO Box 659622,    San Antonio, TX 78265-9622
21798938       +Cornerstone Bank & Trust,    1 W Northwest Hwy,    Palatine, IL 60067-3570
21798939       +Corporate Turnaround,    95 N Route 17,    Suite 310,    Paramus, NJ 07652
21798941      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,      PO Box 81577,    Austin, TX 78708-1577)
21798940       +Deck-Tech, Inc.,    6880 South River Road,    Suite 14,    Hodgkins, IL 60525-3541
21798944        GECRB/R'Us' Credit,    Po Box 530939,    Atlanta, GA 30353-0939
21798946       +HCAU,    PO Box 3218,    Naperville, IL 60566-7218
21798947       +HGVC,    Hilton Resorts Corp,    6355 Metro West Blvd, Ste. 180,    Orlando, FL 32835-7606
21798948       +HMG & Associates, inc.,    2900 N Loop West,    Suite 500,    Houston, TX 77092-8826
21798949       +Hutchison Design Group,    50 N Ela Street,    Barrington, IL 60010-3265
21798950        Hyundai Motor Finance,    PO Box 660891,    Dallas, TX 75266-0891
21798952       +John B Sanfilippo & Son, Inc.,     1703 N Randall Road,    Elgin, IL 60123-7820
21798953        Kazor Systems,    805 Brighton Lane,    La Grange, IL 60525
21798957       +Konica Minolta,    100 Williams Drive,    07446-2923
21798958       +Larry Arnold,    1484 Roling Hiils Drive,    Crystal Lake, IL 60014-2962
21798959       +Lindsay & Associates,    8 E Galena Blvd,    Suite 208,    Aurora, IL 60506-4161
21798960       +Lorance & Thompson,    2900 N Loop West,    Suite 50,    Houston, TX 77092-8826
21798987       +R.L. Nanni Ltd,    740 Hickory Drive,    Geneseo, IL 61254-1165
21798988       +Sears,    PO Box 183081,    Columbus, OH 43218-3081
21798989        Slater, Tenaglia, Fritz & Hunt,     PO Box 8500,    Philadelphia, PA 19178-2431
21798990        Target,    PO Box 660170,    Dallas, TX 75266-0170
21798991       +UPS Corporate Headquarters,    55 Glenlake Parkway, NE,     Atlanta, GA 30328-3474
21798992       +US Bank,    1310 Madrid Street,    Suite 105,    Marshall, MN 56258-4006
21798994      ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,     PO Box 790298,    Saint Louis, MO 63179-0298)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21798923        E-mail/Text: g20956@att.com Mar 21 2015 01:54:59      AT&T,    PO Box 1809,
                 Paramus, NJ 07653-1809
21798916        E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2015 01:51:36      Ally Financial,
                 PO Box 9001951,    Louisville, KY 40290-1951
22453140        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2015 02:13:54
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
22769715        E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2015 01:59:58      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21798942        E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2015 01:59:53      GECRB/GAP,    PO Box 530942,
                 Atlanta, GA 30353-0942
21798943        E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2015 02:00:12      GECRB/Lord & Taylor,
                 P.O. Box 960035,    Orlando, FL 32896-0035
21798945        E-mail/Text: bankruptcy.bnc@gt-cs.com Mar 21 2015 01:52:11      GreenTree,    PO Box 6154,
                 Rapid City, SD 57709
22646488       +E-mail/Text: collections@hacu.org Mar 21 2015 01:53:40      HealthCare Associates Credit Union,
                 1151 East Warrenville Road,    Naperville, IL 60563-9415
21798954       +E-mail/Text: rita.robles@key.com Mar 21 2015 01:52:10      Key Equipment Finance,
                 600 Travis Street,    Suite 1300,    Houston, TX 77002-3009
21798955       +E-mail/Text: rita.robles@key.com Mar 21 2015 01:52:10      Key Equipment Finance,
                 1000 S McCaslin Rd,    Louisville, CO 80027-9437
21798956       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 21 2015 01:51:50      Kohl Payment Center,
                 P.O. 2983,    Milwaukee, WI 53201-2983

```
District/off: 0752-1          User: dross              Page 2 of 3                  Date Rcvd: Mar 20, 2015
                              Form ID: pdf006          Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21798961       +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2015 02:00:12      Lowes/GEMB,    PO Box 530914,
                 Atlanta, GA 30353-0914
21798985        E-mail/Text: bnc@nordstrom.com Mar 21 2015 01:51:52      Nordstrom Bank,    PO Box 79134,
                 Phoenix, AZ 85062-9134
22742064       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2015 02:00:16
                 PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
22491075        E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2015 01:53:39
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
22491076        E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2015 01:53:39
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21798962        Metro Design Associates, Inc.,    same as Debtor
21798963        Metro Design Associates, Inc.,    same as Debtor
21798964        Metro Design Associates, Inc.,    same as Debtor
21798965        Metro Design Associates, Inc.,    same as Debtor
21798966        Metro Design Associates, Inc.,    same as Debtor
21798967        Metro Design Associates, Inc.,    same as Debtor
21798968        Metro Design Associates, Inc.,    same as Debtor
21798969        Metro Design Associates, Inc.,    same as Debtor
21798970        Metro Design Associates, Inc.,    same as Debtor
21798971        Metro Design Associates, Inc.,    same as Debtor
21798972        Metro Design Associates, Inc.,    same as Debtor
21798973        Metro Design Associates, Inc.,    same as Debtor
21798974        Metro Design Associates, Inc.,    same as Debtor
21798975        Metro Design Associates, Inc.,    same as Debtor
21798976        Metro Design Associates, Inc.,    same as Debtor
21798977        Metro Design Associates, Inc.,    same as Debtor
21798978        Metro Design Associates, Inc.,    same as Debtor
21798979        Metro Design Associates, Inc.,    same as Debtor
21798980        Metro Design Associates, Inc.,    same as Debtor
21798981        Metro Design Associates, Inc.,    same as Debtor
21798982        Metro Design Associates, Inc.,    same as Debtor
21798983        Metro Design Associates, Inc.,    same as Debtor
21798984        Metro Design Associates, Inc.,    same as Debtor
21798986        Principal Financial Group
21798918*       American Express,    PO Box 0001,   Los Angeles, CA 90096-8000
21798919*       American Express,    PO Box 0001,   Los Angeles, CA 90096-8000
21798920*       American Express,    PO Box 0001,   Los Angeles, CA 90096-8000
22711412*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21798936*       Comenity - Carsons,    PO Box 659450,   San Antonio, TX 78265-9450
21798951*       Hyundai Motor Finance,    PO Box 660891,   Dallas, TX 75266-0891
21798993*      +US Bank,    1310 Madrid Street,   Suite 105,   Marshall, MN 56258-4006
                                                                                   TOTALS: 24, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: dross              Page 3 of 3            Date Rcvd: Mar 20, 2015
                              Form ID: pdf006          Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2015 at the address(es) listed below:

          Christopher J Stasko    on behalf of Creditor    Nationstar Mortgage LLC ND-Four@il.cslegal.com
          David  Brown, ESQ    on behalf of Joint Debtor Ingrid Edith O'Higgins dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          David  Brown, ESQ    on behalf of Debtor Keith Bryant O'Higgins dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,  eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           jkrafcisin@springerbrown.com

                                                                                                                    TOTAL: 7