# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| O'HIGGINS, KEITH BRYANT | § | Case No. 14-14044 |
| O'HIGGINS, INGRID EDITH | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 447,460.00
*(Without deducting any secured claims)*

Assets Exempt: 241,523.00

Total Distributions to Claimants:  12,040.09

Claims Discharged
Without Payment:  515,990.82

Total Expenses of Administration:  2,268.91

---

3) Total gross receipts of $ 14,309.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 14,309.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 886,579.38 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,268.91 | 2,268.91 | 2,268.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 521,194.02 | 67,468.69 | 55,766.89 | 12,040.09 |
| **TOTAL DISBURSEMENTS** | $ 1,407,773.40 | $ 69,737.60 | $ 58,035.80 | $ 14,309.00 |

4)  This case was originally filed under chapter 7 on  04/15/2014 .  The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/29/2015                    By:/s/Elizabeth C. Berg, Trustee
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidated Claims | 1224-000 | 14,309.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,309.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO Box 9001951 Louisville, KY 40290-1951 | | 33,000.00 | NA | NA | 0.00 |
| | Cenlar PO Box 211091 Eagan, MN 55121 | | 377,625.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cornerstone Bank & Trust 1 W Northwest Hwy Palatine, IL 60067 | | 366,414.38 | NA | NA | 0.00 |
| | GreenTree PO Box 6154 Rapid City, SD 57709 | | 60,100.00 | NA | NA | 0.00 |
| | HGVC Hilton Resorts Corp 6355 Metro West Blvd, Ste. 180 Orlando, FL 32835 | | 32,000.00 | NA | NA | 0.00 |
| | Hyundai Motor Finance PO Box 660891 Dallas, TX 75266-0891 | | 17,440.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 886,579.38** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 2,180.90 | 2,180.90 | 2,180.90 |
| Associated Bank | 2600-000 | NA | 88.01 | 88.01 | 88.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 2,268.91** | **$ 2,268.91** | **$ 2,268.91** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 1809 Paramus, NJ 07653-1809 | | 4,800.00 | NA | NA | 0.00 |
| | AeroTek, Inc. 3689 Collections Ctr. Dr Chicago, IL 60693 | | 55,347.64 | NA | NA | 0.00 |
| | American Express PO Box 0001 Los Angeles, CA 90096-8000 | | 1,265.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aspen Technical Staffing, Inc. 10123 S Mandel Street Plainfield, IL 60544 | | 62,578.00 | NA | NA | 0.00 |
| | Bank of America P.O. 851001 Dallas, TX 75285 | | 4,675.00 | NA | NA | 0.00 |
| | CDW Computer Center PO Box 75723 Chicago, IL 60675-5723 | | 885.72 | NA | NA | 0.00 |
| | CIT Technology Financing Services P.O. Box 1638 Livingston, NJ 07039 | | 11,853.45 | NA | NA | 0.00 |
| | Cadence Health Central DuPage Hospital PO Box 4090 Carol Stream, IL 60197-4090 | | 1,800.00 | NA | NA | 0.00 |
| | Capital One PO Box 105474 Atlanta, GA 30348-5474 | | 4,471.00 | NA | NA | 0.00 |
| | Carpentier Mitchell & Goddard 4915 21st Avenue A Moline, IL 61265 | | 3,150.00 | NA | NA | 0.00 |
| | Chase Bank Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | | 9,490.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Cards Processing Center Des Moines, IA 50363-0005 | | 7,560.00 | NA | NA | 0.00 |
| | Comenity - Carsons PO Box 659450 San Antonio, TX 78265-9450 | | 100.00 | NA | NA | 0.00 |
| | Corporate Turnaround 95 N Route 17 Suite 310 Paramus, NJ 07652 | | 65,335.00 | NA | NA | 0.00 |
| | Deck-Tech, Inc. 6880 South River Road Suite 14 Hodgkins, IL 60525 | | 1,300.00 | NA | NA | 0.00 |
| | Dell Financial Services PO Box 81577 Austin, TX 78708-1577 | | 5,550.09 | NA | NA | 0.00 |
| | HMG & Associates, inc. 2900 N Loop West Suite 500 Houston, TX 77092 | | 3,745.00 | NA | NA | 0.00 |
| | Hutchison Design Group 50 N Ela Street Barrington, IL 60010 | | 33,573.90 | NA | NA | 0.00 |
| | John B Sanfilippo & Son, Inc. 1703 N Randall Road Elgin, IL 60123 | | 28,999.16 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kazor Systems 805 Brighton Lane La Grange, IL 60525 | | 340.00 | NA | NA | 0.00 |
| | Key Equipment Finance 1000 S McCaslin Rd Louisville, CO 80027 | | 0.00 | NA | NA | 0.00 |
| | Key Equipment Finance 600 Travis Street Suite 1300 Houston, TX 77002 | | 0.00 | NA | NA | 0.00 |
| | Konica Minolta 100 Williams Drive 07446 | | 24,623.00 | NA | NA | 0.00 |
| | Larry Arnold 1484 Roling Hiils Drive Crystal Lake, IL 60014 | | 74,745.00 | NA | NA | 0.00 |
| | Lorance & Thompson 2900 N Loop West Suite 50 Houston, TX 77092 | | 6,955.31 | NA | NA | 0.00 |
| | Lowes/GEMB PO Box 530914 Atlanta, GA 30353 | | 192.50 | NA | NA | 0.00 |
| | Nordstrom Bank PO Box 79134 Phoenix, AZ 85062-9134 | | 2,450.00 | NA | NA | 0.00 |
| | Principal Financial Group | | 600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | R.L. Nanni Ltd 740 Hickory Drive Geneseo, IL 61254 | | 21,228.39 | NA | NA | 0.00 |
| | UPS Corporate Headquarters 55 Glenlake Parkway, NE Atlanta, GA 30328 | | 997.08 | NA | NA | 0.00 |
| | US Bank 1310 Madrid Street Suite 105 Marshall, MN 56258 | | 1,777.78 | NA | NA | 0.00 |
| | US Bank 1310 Madrid Street Suite 105 Marshall, MN 56258 | | 31,691.00 | NA | NA | 0.00 |
| | Von Maur PO Box 790298 Saint Louis, MO 63179-0298 | | 185.00 | NA | NA | 0.00 |
| 000008 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 5,100.00 | 5,096.31 | 5,096.31 | 1,100.30 |
| 000010 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 13,260.00 | 14,266.68 | 14,266.68 | 3,080.18 |
| 000009 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 1,830.00 | 1,881.71 | 1,881.71 | 406.26 |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 3,050.00 | 2,959.33 | 2,959.33 | 638.92 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,875.00 | 2,998.79 | 2,998.79 | 647.44 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CAPITAL ONE, N.A. | 7100-000 | 160.00 | 248.28 | 248.28 | 53.60 |
| 000012 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,700.00 | 1,561.67 | 1,561.67 | 337.17 |
| 000013 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,725.00 | 1,615.93 | 1,615.93 | 348.88 |
| 000014 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,240.00 | 1,262.50 | 1,262.50 | 272.57 |
| 000007 | HEALTHCARE ASSOCIATES CREDIT UNION | 7100-000 | 1,525.00 | 1,479.43 | 1,479.43 | 319.41 |
| 000015 | LINDSAY & ASSOCIATES | 7100-000 | 9,403.00 | 27,025.80 | 15,324.00 | 3,308.46 |
| 000011 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 2,835.00 | 2,802.74 | 2,802.74 | 605.11 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 2,185.00 | 2,264.97 | 2,264.97 | 489.01 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,860.00 | 1,838.97 | 1,838.97 | 397.03 |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 182.00 | 165.58 | 165.58 | 35.75 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 521,194.02 | $ 67,468.69 | $ 55,766.89 | $ 12,040.09 |

FORM 1   KEITH & INGRID O'HIGGINS
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 14-14044 | DRC   Judge: DONALD R. CASSLING |
|---|---|---|

| Case Name: | O'HIGGINS, KEITH BRYANT |
|---|---|
| | O'HIGGINS, INGRID EDITH |

For Period Ending: 07/29/15

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 04/15/14 (f) |
| 341(a) Meeting Date: | 05/05/14 |
| Claims Bar Date: | 12/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Single family residence at 5N790 Prairie Valley Dr | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. Time Share - Hilton Grand Vacation Club (Las Vegas | 20,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash<br>    US Currency | 100.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts<br>    Checking acct ending in 698 at BMO Harris | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts<br>    American Bank & Trust savings acct ending in 470 | 2,300.00 | 0.00 | | 0.00 | FA |
| 6. Financial Accounts<br>    HSA acct ending in 284 at American Bank & Trust | 1,410.00 | 0.00 | | 0.00 | FA |
| 7. Financial Accounts<br>    Two Certificates of Deposit pledged to Cornerstone Bank | 23,000.00 | 0.00 | | 0.00 | FA |
| 8. Household Goods<br>    ordinary used furniture, furnishings and housewares | 2,550.00 | 0.00 | | 0.00 | FA |
| 9. Books / Collectibles<br>    lladros (8), misc. dvd's, waterford wine glasses | 800.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |

FORM 1 KEITH & INGRID O'HIGGINS

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 14-14044 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|

Case Name: O'HIGGINS, KEITH BRYANT

O'HIGGINS, INGRID EDITH

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 04/15/14 (f) |
| 341(a) Meeting Date: | 05/05/14 |
| Claims Bar Date: | 12/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| Clothing for two | | | | | |
| 11. Furs and Jewelry<br>costume jewelry, wedding rings, watches | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. Firearms and Hobby Equipment<br>camera | 100.00 | 0.00 | | 0.00 | FA |
| 13. Insurance Policies<br>$350,000 term policy with AAA Life insurance. Beneficiary is spouse. | 0.00 | 0.00 | | 0.00 | FA |
| 14. Insurance Policies<br>Northwestern Mutual insurance policy on Brendon O'Higgins (son) -<br>death benefit of $100,000, beneficiaries is Ingrid O'Higgins. Cash value<br>is $5,000 subject to $2,000 policy loan | 3,000.00 | 0.00 | | 0.00 | FA |
| 15. Pension / Profit Sharing<br>IRA w/ Aviva (single premium deferred annuity) | 49,073.00 | 0.00 | | 0.00 | FA |
| 16. Pension / Profit Sharing<br>IRA with North American Company | 56,238.00 | 0.00 | | 0.00 | FA |
| 17. Pension / Profit Sharing<br>401K with ING | 92,412.00 | 0.00 | | 0.00 | FA |
| 18. Stock | Unknown | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 1   KEITH & INGRID O'HIGGINS

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   3

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 14-14044   DRC   Judge: DONALD R. CASSLING | |
| Case Name: | O'HIGGINS, KEITH BRYANT | |
| | O'HIGGINS, INGRID EDITH | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Date Filed (f) or Converted (c): | 04/15/14 (f) |
| 341(a) Meeting Date: | 05/05/14 |
| Claims Bar Date: | 12/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 63.85 % membership in O'Higgins & Arnold Sustainability LLC, fka O'Higgins, Arnold & Smith, LLC. | | | | | |
| 19. Stock<br>  51% interest in Metro Design Associates, Inc. (previously filed Chapter 11, which case was dismissed, and is defunct). The Chapter 11 case no. for Metro Design was 13-42412. | 0.00 | 0.00 | | 0.00 | FA |
| 20. Liquidated Claims<br>  2013 Tax refund | 8,000.00 | 8,000.00 | | 14,309.00 | FA |
| 21. Vehicles<br>  1978 Mercedes Benz w/ 92,000 miles | 7,000.00 | 1,560.00 | | 0.00 | FA |
| 22. Vehicles<br>  2014 Nissan Rogue | 28,000.00 | 0.00 | | 0.00 | FA |
| 23. Vehicles<br>  2012 Hyundai Sonata (leased). The value of the vehicle itself per Kelley Blue Book is $16,500.00 | 0.00 | 0.00 | | 0.00 | FA |
| 24. Animals<br>  three dogs and a snake | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $696,983.00 | $9,560.00 | | $14,309.00 | $0.00 |

FORM 1 - KEITH & INGRID O'HIGGINS

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    4

Exhibit 8

| Case No: | 14-14044 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | O'HIGGINS, KEITH BRYANT | | | Date Filed (f) or Converted (c): | 04/15/14 (f) |
| | O'HIGGINS, INGRID EDITH | | | 341(a) Meeting Date: | 05/05/14 |
| | | | | Claims Bar Date: | 12/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6.29.15: Successor Trustee has filed her Final Report and has disbursed all funds. Trustee is in the process of completing her Distribution Report and will submit to the UST.

11.10.14: Former Trustee Voiland requested turnover of the Debtor's 1978 Mercedes Benz and liquidated the Debtors' 2013 tax refund. The liquidation of the tax refunds generated approximately $14,000 for the estate. Trustee Voiland hired an auctioneer to sell the 1978 Mercedes. Shortly thereafter, Trustee Violand resigned from the case and Elizabeth Berg was appointed as Trustee. At the auction, the vehicle didn't produce any offers sufficient to satisfy the Debtors' valid exemptions. Thereafter, Trustee abandoned the Mercedes back to the Debtors. Trustee has reviewed claims and is the process of preparing her final report. Once she obtains approval of her final report, she will disburse funds to creditors.

Initial Projected Date of Final Report (TFR): 06/30/15      Current Projected Date of Final Report (TFR): 06/30/15

/s/    Elizabeth C. Berg, Trustee

_____   Date: 07/29/15

ELIZABETH C. BERG, TRUSTEE

FOR CURRENT & PAST TRANSACTIONS

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-14044  -DRC | |
| Case Name: | O'HIGGINS, KEITH BRYANT | |
| | O'HIGGINS, INGRID EDITH | |
| Taxpayer ID No: | *******7915 | |
| For Period Ending: | 07/29/15 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6636  Checking Acct - ECB TR |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee<br>1625 Wing Road<br>Yorkville IL 60560 | Transfer Funds from Prior TR | 9999-000 | 14,257.20 | | 14,257.20 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.04 | 14,242.16 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.17 | 14,220.99 |
| 04/28/15 | 001001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street  #200<br>Chicago  IL  60602 | Trustee's Final Compensation | 2100-000 | | 2,180.90 | 12,040.09 |
| 04/28/15 | 001002 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 21.59% | 7100-000 | | 638.92 | 11,401.17 |
| 04/28/15 | 001003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 21.59% | 7100-000 | | 489.01 | 10,912.16 |
| 04/28/15 | 001004 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 21.59% | 7100-000 | | 397.03 | 10,515.13 |

Page Subtotals        14,257.20        3,742.07

Ver: 18.05

FORM 2 — ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-14044  -DRC |
|---|---|
| Case Name: | O'HIGGINS, KEITH BRYANT |
| | O'HIGGINS, INGRID EDITH |
| Taxpayer ID No: | *******7915 |
| For Period Ending: | 07/29/15 |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6636  Checking Acct - ECB TR |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/28/15 | 001005 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000004, Payment 21.59% | 7100-000 | | 35.75 | 10,479.38 |
| 04/28/15 | 001006 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000005, Payment 21.59% | 7100-000 | | 647.44 | 9,831.94 |
| 04/28/15 | 001007 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 21.59% | 7100-000 | | 53.60 | 9,778.34 |
| 04/28/15 | 001008 | HealthCare Associates Credit Union 1151 East Warrenville Road Naperville, IL 60563 | Claim 000007, Payment 21.59% | 7100-000 | | 319.41 | 9,458.93 |
| 04/28/15 | 001009 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000008, Payment 21.59% | 7100-000 | | 1,100.30 | 8,358.63 |
| 04/28/15 | 001010 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000009, Payment 21.59% | 7100-000 | | 406.26 | 7,952.37 |
| | | | | | | | |

Page Subtotals      0.00      2,562.76

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 14-14044  -DRC |
| Case Name: | O'HIGGINS, KEITH BRYANT |
| | O'HIGGINS, INGRID EDITH |
| Taxpayer ID No: | *******7915 |
| For Period Ending: | 07/29/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6636  Checking Acct - ECB TR |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/28/15 | 001011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 21.59% | 7100-000 | | 3,080.18 | 4,872.19 |
| 04/28/15 | 001012 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000011, Payment 21.59% | 7100-000 | | 605.11 | 4,267.08 |
| 04/28/15 | 001013 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000012, Payment 21.59% | 7100-000 | | 337.17 | 3,929.91 |
| 04/28/15 | 001014 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000013, Payment 21.59% | 7100-000 | | 348.88 | 3,581.03 |
| 04/28/15 | 001015 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000014, Payment 21.59% | 7100-000 | | 272.57 | 3,308.46 |
| 04/28/15 | 001016 | Lindsay & Associates<br>8 E Galena Blvd<br>Suite 208 | Claim 000015, Payment 21.59% | 7100-000 | | 3,308.46 | 0.00 |

| | | | Page Subtotals | | 0.00 | 7,952.37 | |

Ver: 18.05

LFORM24

FORM 2 — TRANSACTIONS

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-14044  -DRC |
| Case Name: | O'HIGGINS, KEITH BRYANT |
| | O'HIGGINS, INGRID EDITH |
| Taxpayer ID No: | *******7915 |
| For Period Ending: | 07/29/15 |

| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6636  Checking Acct - ECB TR |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Aurora, IL 60506 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 14,257.20 | 14,257.20 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 14,257.20 | 14,257.20 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 14,257.20 | 14,257.20 | |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

FORM 2 — Page 19 of 20

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| | | |
|---|---|---|
| Case No: | 14-14044  -DRC | |
| Case Name: | O'HIGGINS, KEITH BRYANT | |
| | O'HIGGINS, INGRID EDITH | |
| Taxpayer ID No: | *******7915 | |
| For Period Ending: | 07/29/15 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******2196  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/25/14 | 20 | KEITH BRYANT O'HIGGINS 5N790 PRAIRIE VALLEY DRIVE SAINT CHARLES, IL  60175 | 2013 Tax Refund | 1224-000 | 14,309.00 | | 14,309.00 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,299.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.26 | 14,277.74 |
| 12/05/14 | | ASSOCIATED BANK | December 2014 Bank Fee | 2600-000 | | 20.54 | 14,257.20 |
| 12/10/14 | 003001 | Elizabeth C. Berg Successor Trustee 20 N. Clark St.  #200 Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 | | 14,257.20 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 14,309.00 | 14,309.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 14,309.00 | 14,309.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 14,309.00 | 14,309.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Acct - ECB TR - *******6636 | 14,257.20 | 14,257.20 | 0.00 |
| Checking Account (Non-Interest Earn - *******2196 | 14,309.00 | 14,309.00 | 0.00 |
| | 28,566.20 | 28,566.20 | 0.00 |
| Page Subtotals | 14,309.00 | 14,309.00 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Ver: 18.05

FORM 2    TRANSACTIONS

Page:    6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:        14-14044  -DRC
Case Name:      O'HIGGINS, KEITH BRYANT
                O'HIGGINS, INGRID EDITH
Taxpayer ID No: *******7915
For Period Ending: 07/29/15

Trustee Name:   Elizabeth C. Berg, Trustee
Bank Name:      Associated Bank
Account Number / CD #:    *******2196  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):
Separate Bond (if applicable):  $ 50,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.05

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 20)*